## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   04-2367-KHV |
| ) | |
| COPP TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## C O N S E N T   J U D G M E N T

Now on this 12th day of August, 2005, Plaintiff and Defendant agree and consent to Judgment being entered against Defendant as set forth hereinafter.  The Court being fully advised in the premises.

**IT IS ORDERED AND ADJUDGED,** as follows:

The Plaintiff have and recover from the Defendant **$116,693.00** principal due on account.

Total amount to bear interest at the rate of 9% per annum from March 1, 2003.

STAY OF EXECUTION provided Defendant pays a minimum of $3,000.00 per month for eighteen (18) months, due by the 5th of each month, commencing August 5, 2005.  **If no default in payments, Judgment to be satisfied upon payments totaling $54,000.00.   Upon default, after ten days, let execution issue, provided that Defendant will be entitled to a credit against the full Judgment amount for each payment made.**

Costs taxed to Defendant.

                                                s/ Kathryn H. Vratil
                                                Kathryn H. Vratil
                                                **US DISTRICT COURT JUDGE**

Approved By:

**PATRICK J. DORAN, L.C.**

By: /s/ Patrick J. Doran
      Patrick J. Doran         #13150
4324 Belleview, Suite 200
Kansas City, MO  64111
(816) 753-8700
Fax – (816) 753-4324
publicforum@prodigy.net

and


/s/ Robert B. Zeldin
ROBERT B. ZELDIN   MBE #22372
4324 Belleview, #201
Kansas City, MO  64111
(816) 421-2835 Telephone
(816) 531-6828 Fax
bobkclaw@swbell.net
ATTORNEYS FOR PLAINTIFF

EVANS & MULLINIX, P.A.
*/s/ Merle E. Parks*
MERLE E. PARKS, KS #8238
7225 Renner Road, Suite 200
Shawnee, KS  66217
(913) 962-8700; (913) 962-8702 (FAX)
ATTORNEYS FOR DEFENDANT